1062

*In the Matter of the Interest of* J.P., *Respondent,* and
SARAH POLLOCK, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 98-7-04000-7, Michael J. Trickey, J., entered
December 8, 1998. *Dismissed* by unpublished opinion per
Webster, J., concurred in by Coleman and Cox, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. CARL STEVEN
TOBIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 98-1-00159-0, Harriett M. Cody, J., entered
November 24, 1998. *Affirmed* by unpublished per curiam
opinion.

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN
MAGNESON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 98-1-04796-4, Harriett M. Cody, J., entered
December 3, 1998. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Agid, A.C.J., and Cox, J.

TERESA BROADHURST, *Individually and on behalf of
Colin J. Robinson, Respondent,* v. DAVID ROBINSON,
*Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 96-2-01333-8, Steven J. Mura, J., entered
November 13, 1998 and January 8, 1999. *Affirmed* by un-
published opinion per Ellington, J., concurred in by Agid,
A.C.J., and Grosse, J.